NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Milord A. Keshishian, SBN 197835
milord@milordlaw.com
MILORD & ASSOCIATES, P.C.
10517 West Pico Boulevard
Los Angeles, California 90064
Tel: (310) 226-7878
Fax: (310) 226-7879

ATTORNEY(S) FOR: L.A. Gem & Jewelry Design, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

L.A. GEM & JEWELRY DESIGN, INC., a California Corporation,

Plaintiff(s),

v.

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  L.A. GEM & JEWELRY DESIGN, INC. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| L.A. GEM & JEWELRY DESIGN, INC. | Plaintiff |
| SVBJ ENTERPRISES, INC. dba FAME ACCESSORIES | Defendant |
| HYUN JUNG PITTMAN | Defendant |
| | Defendant |
| | Defendant |
| | Defendan |
| | Defendant |
| | Defendant |
| | Defendant |
| | Defendant |

February 17, 2015
Date

/s/ Milord A. Keshishian
Signature

Attorney of record for (or name of party appearing in pro per):

L.A. GEM & JEWELRY DESIGN, INC.

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES