AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

"Schedule A"

L.A. GEM & JEWELRY DESIGN, INC., a California Corporation,

Plaintiff,

v.

ROBIN MILLIMAN, an individual, dba EMMASANGELS;  MISTY PELLEW aka MISTY MEAD, an individual, dba THEPEAPODSHOP; SONAL JETANI, an individual, dba SONUDESIGNS; GABRIELLE MCGREW, an individual, dba SIMPLEDESIGNGM; SIJIA YU, an individual, dba LANA PARA; LANA PARA, INC., a New York Corporation; AISIN CATHAY, INC., an inactive New York Corporation; KINDERE & COMPANY CORPORATION, a New York Corporation; KATHIE YANG, an individual, dba KATTEESHOP; DIANA ELLIS, an individual, dba JADOOS; WIWANYA SUSSDORF aka VICKY S., an individual, dba GREATTLAKESSHOP; GIOVANNI ALLER, an individual, dba FIOANDCO; HANG TRAN SOK, an individual, dba CREATIVECHARMS4U; BEATRIZ ROBINSON, an individual, dba CAMAFEUS; CHILIANG LIU, an individual, dba BOBO4957; ARIEL FLEISCHMAN, an individual, dba ADORNEDWITHLOVEXO; TARA SAM aka TARA BLING aka TARA SHAH, an individual, dba THEBLINGSTORE; and DOES 1-10;

Defendants.