**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. GEM & JEWELRY DESIGN, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBIN MILLMAN, et al., <br><br> Defendants. | Case No. CV 16-2058-GW(SSx) <br><br> **ORDER TO DISMISS WITHOUT PREJUDICE** |

Based upon the Notice of Dismissal [125], it is hereby ORDERED that this action is dismissed without prejudice in its entirety.

IT IS SO ORDERED.

Dated: March 22, 2017

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE